IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**1.**      **SOLOMON BEN-TOV COHEN,**

      **Defendant.**

---

**INDICTMENT**
**8 U.S.C. § 1253(a)(1)(B)**
**Refusal to Apply for Documents for Deportation**

---

The Grand Jury charges:

## COUNT 1

Between on or about December 24, 2009 and January 31, 2010, SOLOMON BEN-TOV COHEN, an alien (a person who is not a citizen or national of the United States), against whom a final order of removal from the United States was outstanding by reason of being a deportable alien, as defined under Title 8, United States Code, Section 1227(a), did willfully fail and refuse to make a timely, good faith application for documents necessary for his departure from the United States, in violation of Title 8, United States Code, Section 1253(a)(1)(B).

## COUNT 2

Between on or about November 27, 2009 and December 23, 2009, SOLOMON BEN-TOV COHEN, an alien (a person who is not a citizen or national of the United States), against whom a final order of removal from the United States was outstanding by reason of being a deportable alien, as defined under Title 8, United States Code, Section 1227(a), did willfully fail and refuse to make a timely, good faith application for documents necessary for his departure from the United States, in violation of Title 8, United States Code, Section 1253(a)(1)(B).

## COUNT 3

Between on or about October 27, 2009 and November 26, 2009, SOLOMON BEN-TOV COHEN, an alien (a person who is not a citizen or national of the United States), against whom a final order of removal from the United States was outstanding by reason of being a deportable alien, as defined under Title 8, United States Code, Section 1227(a), did willfully fail and refuse to make a timely, good faith application for documents necessary for his departure from the United States, in violation of Title 8, United States Code, Section 1253(a)(1)(B).

## COUNT 4

Between on or about August 4, 2009 and October 26, 2009, SOLOMON BEN-TOV COHEN, an alien (a person who is not a citizen or national of the United States), against whom a final order of removal from the United States was outstanding by reason of being a deportable alien,

as defined under Title 8, United States Code, Section 1227(a), did willfully fail and refuse to make a timely, good faith application for documents necessary for his departure from the United States, in violation of Title 8, United States Code, Section 1253(a)(1)(B).

## COUNT 5

Between on or about July 9, 2009 and August 3, 2009, SOLOMON BEN-TOV COHEN, an alien (a person who is not a citizen or national of the United States), against whom a final order of removal from the United States was outstanding by reason of being a deportable alien, as defined under Title 8, United States Code, Section 1227(a), did willfully fail and refuse to make a timely, good faith application for documents necessary for his departure from the United States, in violation of Title 8, United States Code, Section 1253(a)(1)(B).

A TRUE BILL


<u>Ink signature on file in the Clerk's Office</u>
FOREPERSON


DAVID M. GAOUETTE
United States Attorney


by:  <u>s/ John M. Canedy</u>
JOHN M. CANEDY
Special Assistant United States Attorney
IVAN GARDZELEWSKI
Special Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0122
Telecopier: (303) 454-0403
Email: John.Canedy@usdoj.gov
Attorney for the United States