## INFORMATION SHEET

DEFENDANT                SOLOMON BEN-TOV COHEN

YEAR OF BIRTH            1960

ADDRESS:                 In ICE custody

COMPLAINT FILED?  _____ YES   X   NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  No

OFFENSE:                 Count 1-5:  8 U.S.C. § 1253(a)(1)(B)
                         Refusal to Apply for  Documents for Deportation

LOCATION OF OFFENSE:   Adams County, Colorado

PENALTY:                 Counts 1-5:  NMT 4 years imprisonment; NMT $250,000 fine, or
                         both;
                         NMT 1 year supervised release; $100 special assessment fee

AGENT:                   Trenton D. Blatt, ICE

AUTHORIZED BY:           John M. Canedy, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

                         X   five days or less

THE GOVERNMENT

                         X   will seek detention in this

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:              _____ Yes    X    No