**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00091-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SOLMON BEN-TOV COHEN,

    Defendant.

---

**MINUTE ORDER**[1]

---

On **March 30, 2010**, commencing at 10:00 a.m., the court shall conduct a status conference to discuss defendant's **Unopposed Motion To Continue Trial** [#12] filed March 9, 2010. The court reserves one half hour for this conference. To the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: March 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.