**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00091-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SOLMON BEN-TOV COHEN,

      Defendant.

**ORDER**

**Blackburn, J.**

The matter comes before me *sua sponte*. To the extent any portion of the letter filed by the defendant [#27] on April 13, 2010, may or should be construed as a motion, that portion of the motion should be denied because the defendant is represented by an attorney. ("When a defendant is represented by counsel, this court will not accept pro se filings by the defendant. Such a pro se filing is improper. **See United States v. Nichols**, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing **United States v. Guadalupe**, 979 F.2d 790, 795 (10th Cir. 1992)), **reviewed on other grounds**, 125 S.Ct 1082 (2005). All pleadings and papers must be filed by counsel.").

**THEREFORE, IT IS ORDERED** that any relief requested by defendant in his letter [#27] filed April 13, 2010, is **DENIED**.

Dated April 15, 2010, at Denver, Colorado.

                                                            **BY THE COURT:**

                                                            */s/ Robert E. Blackburn*
                                                            Robert E. Blackburn
                                                           United States District Judge