**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00091-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     SOLOMON BEN-TOV COHEN,

      Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE**

---

The United States of America, by and through John F. Walsh, United States Attorney, and John M. Canedy, Special Assistant United States Attorney, moves the Court to dismiss the Indictment in this matter without prejudice pursuant to Federal Rules of Criminal Procedure (Fed. R. Crim. P.) 48(a) in the interest of justice.

WHEREFORE, pursuant to Fed. R. Crim. P. 48(a), the government hereby moves this Court to dismiss the Indictment without prejudice.

              Respectfully submitted,

              JOHN F. WALSH
              United States Attorney

              by:  s/ John M. Canedy
              JOHN M. CANEDY
              Special Assistant United States Attorney
              United States Attorney's Office
              1225 17th Street, Suite 700
              Denver, Colorado  80202
              Telephone: (303) 454-0100
              E-mail: john.canedy@usdoj.gov
              Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

John Tatum
tatumjjb@aol.com


s/ Veronica Ortiz
VERONICA ORTIZ
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Phone: 303-454-0100
Fax: 303-454-0406
E-mail address: veronica.ortiz@usdoj.gov