**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 10-cr-00091-REB**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**1.    SOLOMON BEN-TOV COHEN,**

      **Defendant.**

---

## ORDER

---

THIS MATTER coming before the Court upon motion of the United States to dismiss the Indictment without prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED the Indictment is dismissed without prejudice this _____ day of _____, 2010.


BY THE COURT:


_____
JUDGE ROBERT E. BLACKBURN
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO