**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00091-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SOLMON BEN-TOV COHEN,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Government's Unopposed Motion To Dismiss Indictment Without Prejudice** [#89] filed November 16, 2010.  After reviewing the motion and the file I conclude that the motion should be granted, and the indictment should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Government's Unopposed Motion To Dismiss Indictment Without Prejudice** [#89] filed November 16, 2010, is **GRANTED**;

2.  That the motion hearing set for November 17, 2010, is **VACATED**;

3.  That the Trial Preparation Conference set for December 3, 2010, is **VACATED**;

4.  That the jury trial set to commence December 6, 2010, is **VACATED**;

5.  That any pending motion is **DENIED** as moot; and

6.  That pursuant to Fed. R. Crim. P. 48(a), the Indictment [#1] filed February 10, 2010, is **DISMISSED WITHOUT PREJUDICE**.

Dated November 17, 2010, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge